IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James H. Townsend,

    Plaintiff,

v.

Wilma L. Townsend, et al.,

    Defendants.

Case No. 2:10-cv-868

JUDGE SARGUS

MAGISTRATE JUDGE KEMP

### ORDER

On October 8, 2010, a Report and Recommendation was filed recommending that any federal claims in this case be dismissed with prejudice, and any state law claims without prejudice. More than fourteen days have passed since that Report and Recommendation was filed, and no objections have been submitted. The Report and Recommendation (#2) is therefore **ADOPTED**. All of plaintiff's federal law claims are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted. Any state law claims are **DISMISSED WITHOUT PREJUDICE**. This case is **TERMINATED**.

**IT IS SO ORDERED.**

Date: 11-1-2010

Edmund A. Sargus, Jr.
United States District Judge