AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

JAMES H. TOWNSEND,

        Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

WILMA L. TOWNSEND, et al.,

        Defendants.

CASE NO.  C2-10-868
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Order filed November 1, 2010, JUDGMENT is hereby entered DISMISSING this case.

Date: November 1, 2010

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk